DAYLE ELIESON
United States Attorney
NADIA AHMED
ALEXANDRA MICHAEL
Assistant United States Attorneys
501 Las Vegas Blvd., South, Ste. 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-6418
Nadia.ahmed@usdoj.gov
Alexandra.m.michael@usdoj.gov

*Representig the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-cr-00067-APG-NJK |
| Plaintiff, | |
| vs. | **STIPULATION TO SENTENCING** (Second Request) |
| RANDY JEROUSEK, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between, the United States of America, through the undersigned, together with Daniel Hall, Esq., counsel for defendant RANDY JEROUSEK, that the sentencing hearing currently scheduled for September 18, 2018 at 10:30 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than sixty (30) days from the current sentencing date.

This stipulation is entered into for the following reasons:

1. The parties need additional time to prepare for Defendant's sentencing hearing.

2. The Defendant is currently incarcerated and does not object to the continuance.

1

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

4. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

5. This is the second request for a continuance of the sentencing hearing.

DATED this 17th day of September, 2018.

| /s/ Alexandra M. Michael | /s/ Daniel Hill |
|---|---|
| ALEXANDRA M. MICHAEL<br>NADIA J. AHMED<br>Assistant United States Attorneys<br>Counsel for the United States | DANIEL HALL, ESQ.<br>Counsel for Randy Jerousek |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-cr-00067-APG-NJK |
| Plaintiff, | |
| vs. | ORDER |
| RANDY JEROUSEK, | |
| Defendant. | |

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IT IS THEREFORE ORDERED that sentencing in the above-captioned matter currently scheduled for September 18, 2018 at 10:30 a.m., be vacated and continued to November 13, 2018, at 10:00 a.m. in Courtroom 6C

ANDREW P. GORDON
United States District Judge

IT IS SO ORDERED.

Entered: September 17, 2018

3