NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
NADIA AHMED
ALEXANDRA MICHAEL
Assistant United States Attorneys
501 Las Vegas Blvd., South, Ste. 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-6418
Nadia.ahmed@usdoj.gov
Alexandra.m.michael@usdoj.gov

*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-cr-00067-APG-NJK |
| Plaintiff, | |
| vs. | **STIPULATION TO SENTENCING** <br> **(Fourth Request)** |
| RANDY JEROUSEK, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between, the United States of America, through the undersigned, together with Daniel Hill, Esq., counsel for defendant RANDY JEROUSEK, that the sentencing hearing currently scheduled for February 7, 2019 at 9:00 a.m., be vacated and set to February 19, 2019, or to a date and time convenient to the Court.

This stipulation is entered into for the following reasons:

1. The parties need a brief continuance to finalize their positions regarding sentencing.

2. The Defendant is currently incarcerated and does not object to the continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

1

4. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

5. This is the fourth request for a continuance of the sentencing hearing.

DATED this 5th day of February, 2019.

NICHOLAS A. TRUTANICH
UNITED STATES ATTORNEY

| */s/ Nadia Ahmed* | */s/ Daniel Hill* |
|---|---|
| ALEXANDRA M. MICHAEL<br>NADIA J. AHMED<br>Assistant United States Attorneys | DANIEL HILL, ESQ.<br>Counsel for Defendant Randy Jerousek |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RANDY JEROUSEK,<br><br>Defendant. | 2:18-cr-00067-APG-NJK<br><br>ORDER |

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IT IS THEREFORE ORDERED that sentencing in the above-captioned matter currently scheduled for February 7, 2019 at 9:00 a.m., be vacated and continued to February 19, 2019, at 2:00 ~~a.m.~~/p.m. in Courtroom 6C.

ANDREW P. GORDON
United States District Judge

IT IS SO ORDERED.

Entered: February 5, 2019